ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Fast Works Company for General Trading Ltd. | ) | ASBCA No. 63014 |
| | ) | |
| Under Contract No. W56KGZ-21-P-6000 | ) | |

APPEARANCE FOR THE APPELLANT:        Mr. Mezgin Saeed Mohsin
                                                              CEO

APPEARANCES FOR THE GOVERNMENT:        Scott N. Flesch, Esq.
                                                                    Army Chief Trial Attorney
                                                                    MAJ Weston E. Borkenhagen, JA
                                                                    CPT Timothy M. McLister, JA
                                                                    Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  October 19, 2022

_____
JOHN J. THRASHER
 Administrative Judge
 Chairman
 Armed Services Board
 of Contract Appeals

        I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63014, Appeal of Fast Works Company for General Trading Ltd., rendered in conformance with the Board's Charter.

Dated:  October 19, 2022

_____
PAULLA K. GATES-LEWIS
 Recorder, Armed Services
 Board of Contract Appeals